UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 14-1108 JGB (SPx) | Date | August 28, 2014 |
| Title | Arch Insurance Co. v. PH Ranch LLC, et al. | | |

Present: The Honorable  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Present  None Present

**Proceedings:** ORDER To Show Cause re: Lack of Prosecution (IN CHAMBERS)

      On June 2, 2014, Plaintiff filed its Complaint against eight Defendants. (Doc. No. 1.) Proofs of service as to each of the eight Defendants were filed on June 17, 2014 (Doc. Nos. 7-9), June 19, 2014 (Doc. Nos. 10-11), and June 25, 2014 (Doc. Nos. 13-15). Answers were due on June 27 and 29, 2014, and July 7, 2014. Moreover, pursuant to Federal Rule of Civil Procedure 12(a)(1), Defendants must answer the complaint within 20 days after service. Fed. R. Civ. P. 12(a)(1). No answers or responsive pleadings have been filed in the case.

      Accordingly, the Court, on its own motion, ORDERS Plaintiff to show cause in writing on or before **September 5, 2014**, why this action should not be dismissed for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion). An appearance by all Defendants or applications for entry of default pursuant to Federal Rule of Civil Procedure Rule 55(a) as to each Defendant will constitute satisfactory response to the Order to Show Cause. Failure to respond to this Order will be deemed consent to the dismissal of the action.

      **IT IS SO ORDERED.**